# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 305 MAL 2023

               Respondent     :

                               :   Petition for Allowance of Appeal

                               :   from the **Unpublished**

               v.                  :   **Memorandum and Order** of the

                               :   Superior Court at No. 671 MDA

                               :   2022 entered on May 8, 2023,

DONNA L. MELHORN,              :   **vacating and remanding** the

                               :   Judgment of Sentence of the Adams

              Petitioner      :   County Court of Common Pleas at

                               :   No. CP-01-CR-0001137-2021

                               entered on April 21, 2022

## ORDER

**PER CURIAM**                                            **DECIDED: June 24, 2025**

**AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.